In the Matter of the Transfer Tax upon the Estate of
HENRY T. WASHBOURNE, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appel-
lant; ISABEL E. S. DE WASHBOURNE, as Executrix,
Respondent.

*Transfer tax — where amount passing to widow and child is less than
five thousand dollars, tax of five per cent not assessable against bonds upon
which secured debt tax had not been paid.*

*Matter of Washbourne,* 190 App. Div. 940, affirmed.

(Argued April 13, 1920; decided April 27, 1920.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 30, 1920, which affirmed an order of the New
York County Surrogate's Court refusing to assess a
transfer tax upon the estate of Henry T. Washbourne,
deceased. The question was whether certain bonds
comprising part of the estate were subject to an additional
tax of five per cent under section 221-b of chapter 700 of
the Laws of 1917. The surrogate held that as the amount
passing to the widow and child was less than five thousand
dollars there was no tax on the estate at all.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for
appellant.

*Reid L. Carr* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
MCLAUGHLIN, CRANE and ELKUS, JJ.